UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COALITION OF BLACK LEADERSHIP,<br>　　Plaintiff,<br><br>v.<br><br>JOSEPH A. DOORLEY, et al.,<br>　　Defendants. | C.A. No. 71-cv-4523-JJM-PAS |

# ORDER

Magistrate Judge Patricia A. Sullivan has issued a thorough and well-reasoned Report and Recommendation ("R&R") concerning Willie K. Washington's attempt to seek this Court's involvement in his dispute with the Providence Police. ECF No. 16. The Court need not repeat the extensive history behind this case that is more than fifty years old and the complexity of the issues brought on by Mr. Washington's filings because the Magistrate Judge has done an exemplar job of setting forth both the factual and procedural background and the appropriate legal analysis.

The Magistrate Judge has correctly construed Mr. Washington's Motion (ECF No. 2) as a Motion to Intervene under Fed. R. Civ. P. 24 and issued a recommendation that the Court substantively deny the initial motion and deny as moot the subsequently filed motions. Mr. Washington filed a document in response to the R&R that the Court construes as an objection to the R&R under Fed. R. Civ. P. 72(b)(2). ECF No. 19.

The Court accepts the R&R in its entirety. Mr. Washington lacks Article III standing to intervene and to seek contempt in this case under Fed. R. Civ. P. 12(b)(1). Further, alternatively, if Mr. Washington did have standing, his motions would fail because he also lacks the interest in the subject matter required to intervene in this case for the reasons set forth in the R&R.[1]

Thus, the Court <u>ACCEPTS</u> the R&R (ECF No. 16) and <u>DENIES</u> Mr. Washington's Motion to Intervene. ECF No. 2. Moreso, the Court <u>DENIES AS MOOT</u> these motions filed by Mr. Washington: Motion for Leave to Proceed in forma pauperis (ECF No. 3); Motion to Adjudge in Contempt (ECF No. 4); Motions to Appoint Counsel (ECF Nos. 5, 17); Motion to Amend/Correct Motion to Adjudge in Contempt (ECF No. 10); Motion to Stay (ECF No. 18); and Motion for an Extension of Time to File Response/Reply to Report and Recommendation (ECF No. 19).

IT IS SO ORDERED.

*/s/ John J. McConnell, Jr.*
John J. McConnell, Jr.
Chief United States District Judge

June 22, 2023

---

[1] Mr. Washington points out (ECF No. 19 at 11) that the Magistrate Judge was incorrect when she said that he was not a resident of the City of Providence in 2014 (ECF No. 16 at 11). Whether he was a resident of Providence is immaterial to the Court's decision on his motions.